# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00109-CV

**Thomas James Negri, Appellant**

**v.**

**Karen Jack, Individually and as Executor of the Estate of Shirley Cowan, Deceased, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-07-003958, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this cause, appellant Thomas James Negri filed a notice of appeal from a district court order that had purportedly granted a summary judgment against him. Subsequently, Negri advised this Court that the district court, in fact, had not granted a summary judgment against him, explaining that he is presently incarcerated, had believed that a summary-judgment ruling was imminent, and had filed his notice to preserve his right to appeal in the event he subsequently did not receive timely notice of the district court's summary-judgment ruling after it was made. Having now determined that the district court ultimately never made the summary-judgment ruling he complained of, Negri has moved to withdraw his notice of appeal in this cause. Also citing the non-existence of the summary-judgment order, appellee Karen Jack, individually and as executor of

the estate of Shirley Cowan, has filed a motion to dismiss this appeal. We grant Negri's motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss as moot Jack's dismissal motion.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: October 7, 2010